Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
David B. Conrad (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091
mcnabnay@fr.com
conrad@fr.com

Attorneys for Defendant
UBIQUITI INC.

Andrew Dallmann, State Bar No. 206771
MCCARTNEY DALLMANN LLP
23187 La Cadena Dr., Suite 102
Laguna Hills, California, 92653
Phone: (951) 678-2267
Email: Andrew@mdllplaw.com

Cecil E. Key (admitted *pro hac vice*)
Jay P. Kesan (admitted *pro hac vice*)
Henning Schmidt (admitted *pro hac vice*)
DIMUROGINSBERG, P.C.
1101 King St., Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
ckey@dimuro.com
jkesan@dimuro.com
hschmidt@dimuro.com

Attorney for Plaintiff
VENKEE COMMUNICATIONS, LLC

LINK 56

JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/24/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENKEE COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC.,<br><br>Defendant. | CASE NO. 8:21-CV-01009- PSG (DFMx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR DISMISSAL<br><br>Honorable Philip S. Gutierrez |

The Court, having considered the Parties' Stipulated Request for Dismissal, and there being no opposition thereto, hereby finds that good cause exists for granting the request.

It is therefore hereby ORDERED that this case is hereby dismissed as follows.

Plaintiff's claims are hereby dismissed with prejudice.

Defendant's counterclaims are hereby dismissed without prejudice.

Each Party shall bear is own costs and attorneys' fees.

Date: 9/26/22

_____
United States District Judge